IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RODOLFO CUELLAR, JR., :
   Petitioner :
 : No. 1:19-cv-1598
v. :
 : (Judge Kane)
H. QUAY, :
   Respondent :

**ORDER**

**AND NOW**, on this 24th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

2. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 3) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania